UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                 §
                                       §
BESLER, PATRICIA A                     §   Case No. 11-41701
                                       §
            Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE U.S. BANKRUPTCY COURT
   219 S. DEARBORN STREET
   CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 05/02/2013 in Courtroom 240,
   United States Courthouse
   Old Kane County Courthouse
   100 S. Third Street, Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BESLER, PATRICIA A | § | Case No. 11-41701 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 19.02 |
| leaving a balance on hand of[1] | $ | 4,980.98 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 2,225.00 | $ 0.00 | $ 2,225.00 |
| Other: International Surities, Ltd. | $ 5.33 | $ 5.33 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,475.00 |
| Remaining Balance | $ | 1,505.98 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,702.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Michael R. Konewko | $ 4,752.50 | $ 0.00 | $ 315.26 |
| 5 | Portfolio Recovery Associates, LLC | $ 774.81 | $ 0.00 | $ 51.40 |
| 1 | Justine M. Ackmann, Trustee of the | $ 17,175.00 | $ 0.00 | $ 1,139.32 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,505.98 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-41701-MB
Patricia A Besler                                                   Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 3          Date Rcvd: Apr 10, 2013
                            Form ID: pdf006        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2013.
```
db          #+Patricia A Besler,    564 Clark Street,    Elgin, IL 60123-2747
17920955     +Basel Tarabein,    20827 N. Plumwood Drive,    Kildeer, IL 60047-8594
17920956     +Basel Tarabein d/b/a ReMax @Home,    3215 W. Algonquin Road,    Rolling Meadows, IL 60008-3830
17920957     +Beacon Hill Dental,    2000 Larkin, Suite 204,    Elgin, IL 60123-5878
17920958    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
17920959     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17920961     +Frank Kaldis and John Karagiannis,    Richard L. Williams,    501 W. State Street, Suite 203,
               Geneva, IL 60134-2304
17920963     +Homes and Land, Edgar Marketing,    6N501 Ridgewood Lane,    St Charles, IL 60175-6294
17920964     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
17920966     +Jeffcapsys (Original Creditor:12 Tr,    16 Mceland Rd,    Saint Cloud, MN 56303-2198
17920968     +John M. McGuirk,    1001 E. Main Street, Suite G,    St Charles, IL 60174-2204
17920969     +Justine Ackmann,    11N288 Romeo Drive,    Elgin, IL 60124-8101
19107445     +Justine M. Ackmann, Trustee of the,    Justine M. Ackman Declaration of Trust,
               11N288 Romeo Drive,    Elgin, IL 60124-8101
17920970     +Konewko & Associates,    29W204 Roosevelt Road,    West Chicago, IL 60185-3926
19308153     +Michael R. Konewko,    Konewko & Associates, Ltd.,    29W204 Roosevelt Rd.,
               West Chicage, IL 60185-3926
17920971     +Murphy Lomon & Assoc (Original Cred,    2860 S River Rd Ste 200,    Des Plaines, IL 60018-6007
19363870    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Best Buy Or S&h Greenpoints,
               POB 41067,    Norfolk VA 23541)
17920973     +Paragon Way Inc (Original Creditor:,    2101 W Ben White Blvd,    Austin, TX 78704-7516
17920974     +Philip M. Kiss,    5250 Grand Ave, No. 14-408,    Gurnee, IL 60031-1877
17920975     +Portfolio Recvry&Affil (Original Cr,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
17920976     +Richard L. Williams,    501 W. State Street, Suite 203,    Geneva, IL 60134-2304
17920977     +Roaring Forks Capital d/b/a ReMax,    2205 Point Blvd, Suite 100,    Elgin, IL 60123-7840
17920978     +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
17920979     +State Farm Fncl Svcs F,    3 State Farm Plz,    Bloomington, IL 61791-0002
17920980     +Wfhm/Gdw,    Loan Service Custo Po Box 659558,    San Antonio, TX 78265-9558
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17920954     +E-mail/PDF: recoverybankruptcy@afninet.com Apr 11 2013 02:56:04
               Afni, Inc. (Original Creditor:Direc,    Po Box 3097,    Bloomington, IL 61702-3097
17920960     +E-mail/Text: bknotice@erccollections.com Apr 11 2013 03:37:35
               Enhanced Recovery Co L (Original Cr,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17920962     +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2013 02:53:29     Gecrb/Stein Mart Dc,
               Po Box 981416,    El Paso, TX 79998-1416
17920965     +E-mail/Text: Bankruptcy@icsystem.com Apr 11 2013 03:36:42     I.C. System Inc. (Original Creditor,
               P.O. Box 64378,    St Paul, MN 55164-0378
17920972     +E-mail/Text: bankrup@aglresources.com Apr 11 2013 02:36:56     Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Springer, Brown, Covey, Gaertner & Davis, LLC
aty            Thomas E. Springer
17920967*     +Frank Kaldis and John Karagiannis,    Richard L. Williams,    501 W. State Street, Suite 203,
               Geneva, IL 60134-2304
                                                                                       TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0752-1           User: mgonzalez              Page 2 of 3               Date Rcvd: Apr 10, 2013
                               Form ID: pdf006              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 12, 2013**            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: mgonzalez             Page 3 of 3            Date Rcvd: Apr 10, 2013
                              Form ID: pdf006             Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2013 at the address(es) listed below:

        Dana N O'Brien    on behalf of Creditor    Wachovia Mortgage, FSB fka World Savings Bank, FSB dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
        Joshua D Greene    on behalf of Trustee Thomas E Springer jgreene@springerbrown.com, sellis@springerbrown.com
        Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com, marigonzo@springerbrown.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Richard L Williams    on behalf of Creditor John  Karagiannis rwilliams@gvwlawfirm.com
        Richard L Williams    on behalf of Creditor Frank  Kaldis rwilliams@gvwlawfirm.com
        Richard L Williams    on behalf of Plaintiff John  Karagiannis rwilliams@gvwlawfirm.com
        Richard L Williams    on behalf of Plaintiff Frank  Kaldis rwilliams@gvwlawfirm.com
        Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com, jkrafcisin@springerbrown.com
        Thomas E Springer     tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
        Winston  Slater    on behalf of Debtor Patricia A Besler attorney@winstonSlater.com
                                                                                                 TOTAL: 11