UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
BESLER, PATRICIA A                    §        Case No. 11-41701
                                      §
                                      §
            Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | State Farm Fncl Svcs F 3 State Farm Plz Bloomington, IL 61791 |  |  |  |  |  |
|  | Wfhm/Gdw Loan Service Custo Po Box 659558 San Antonio, TX 78265 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURITIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Thomas E. Springer | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | Justine M. Ackmann, Trustee Of The | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Afni, Inc. (Original Creditor:Direc Po Box 3097 Bloomington, IL 61702 | | | | | |
| | Basel Tarabein d/b/a ReMax @Home 3215 W. Algonquin Road Rolling Meadows, IL 60008 | | | | | |
| | Beacon Hill Dental 2000 Larkin, Suite 204 Elgin, IL 60123 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enhanced Recovery Co L (Original Cr 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Enhanced Recovery Co L (Original Cr 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Frank Kaldis 38W299 Stevens Glen Road St Charles, IL 60175 | | | | | |
| | Gecrb/Stein Mart Dc Po Box 981416 El Paso, TX 79998 | | | | | |
| | Homes and Land, Edgar Marketing 6N501 Ridgewood Lane St Charles, IL 60175 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | I.C. System Inc. (Original Creditor P.O. Box 64378 St Paul, MN 55164 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jeffcapsys (Original Creditor:12 Tr 16 Mcleland Rd Saint Cloud, MN 56303 | | | | | |
| | John Karagiannis 3 Deerfield Drive Hawthorne Woods, IL 60047 | | | | | |
| | Justine Ackmann 11N288 Romeo Drive Elgin, IL 60124 | | | | | |
| | Konewko & Associates 29W204 Roosevelt Road West Chicago, IL 60185 | | | | | |
| | Murphy Lomon & Assoc (Original Cred 2860 S River Rd Ste 200 Des Plaines, IL 60018 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Paragon Way Inc (Original Creditor: 2101 W Ben White Blvd Austin, TX 78704 | | | | | |
| | Philip M. Kiss 5250 Grand Ave, No. 14-408 Gurnee, IL 60031 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Portfolio Recvry&Affil (Original Cr 120 Corporate Blvd Ste 1 Norfolk, VA 23502 |  |  |  |  |  |
|  | Roaring Forks Capital d/b/a ReMax 2205 Point Blvd, Suite 100 Elgin, IL 60123 |  |  |  |  |  |
|  | Sears/Cbna Po Box 6189 Sioux Falls, SD 57117 |  |  |  |  |  |
| 2 | Frank Kaldis And John Karagiannis |  |  |  |  |  |
| 3 | Frank Kaldis And John Karagiannis |  |  |  |  |  |
| 1 | Justine M. Ackmann, Trustee Of The |  |  |  |  |  |
| 4 | Michael R. Konewko |  |  |  |  |  |
| 5 | Portfolio Recovery Associates, Llc |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-41701 | CAD | Judge: Carol A. Doyle | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | BESLER, PATRICIA A | | | Date Filed (f) or Converted (c): | 10/13/11 (f) |
| | | | | 341(a) Meeting Date: | 11/07/11 |
| For Period Ending: | 11/22/13 | | | Claims Bar Date: | 10/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5515 N. 65th Street, Omaha, NE 68104  Trustee investigated value of real estate and it was consistent with the valuation. | 65,000.00 | 0.00 | | 0.00 | FA |
| 2. Wallet cash | 20.00 | 0.00 | | 0.00 | FA |
| 3. 2 - checking accounts. | 60.00 | 0.00 | | 0.00 | FA |
| 4. Savings account | 14.00 | 0.00 | | 0.00 | FA |
| 5. Bed, dresser, table (desk), filing cabinets and en | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 7. Hand gun. | 200.00 | 0.00 | | 0.00 | FA |
| 8. Boardwalk Realty of Hanover Park LLC. owned 74% of | 0.00 | 0.00 | | 0.00 | FA |
| 9. Debtor has a counterclaim against plaintiff's Kald | 0.00 | 0.00 | | 5,000.00 | FA |
| 10. 1997 Ford Taurus | 650.00 | 0.00 | | 0.00 | FA |
| 11. 1995 Ford 150 (inop as it requires U-Joints) | 750.00 | 0.00 | | 0.00 | FA |
| 12. 1999 Cadillac Eldorado with blown engine. | 100.00 | 0.00 | | 0.00 | FA |
| 13. See comments above concerning office equipment 'ta | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $67,894.00 | $0.00 | | $5,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hearing on Objection to Claim No. 1 scheduled for February 21, 2013. After objection resolved, the Trustee will prepare the Final Report

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.04

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 11-41701　CAD　Judge: Carol A. Doyle |
| Case Name: | BESLER, PATRICIA A |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Date Filed (f) or Converted (c): | 10/13/11 (f) |
| 341(a) Meeting Date: | 11/07/11 |
| Claims Bar Date: | 10/22/12 |

Initial Projected Date of Final Report (TFR): 02/28/13　　　Current Projected Date of Final Report (TFR): 02/28/13

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.04

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-41701 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BESLER, PATRICIA A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9486 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4768 | | |
| For Period Ending: | 11/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/20/12 | 9 | GVW/Kaldis & Karagiannis 501 W. State Street, Suite 203 Geneva, IL 60134 | Payment on Settlement of state court counter claim pursuant to Court Order entered 11/15/12. | 1149-000 | 5,000.00 | | 5,000.00 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.51 | 4,999.49 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.18 | 4,996.31 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,986.31 |
| 02/26/13 | 001000 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 | | 2300-000 | | 5.33 | 4,980.98 |
| 05/07/13 | 001001 | THOMAS E. SPRINGER, TRUSTEE 400 S. County Farm Road Suite 330 Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 1,250.00 | 3,730.98 |
| 05/07/13 | 001002 | Thomas E. Springer 400 S. County Farm Road Suite 330 Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,225.00 | 1,505.98 |
| 05/07/13 | 001003 | Justine M. Ackmann, Trustee of the Justine M. Ackman Declaration of Trust 11N288 Romeo Drive Elgin, IL 60120 | Claim 1, Payment 6.63360% | 7100-000 | | 1,139.32 | 366.66 |
| 05/07/13 | 001004 | Michael R. Konewko Konewko & Associates, Ltd. 29W204 Roosevelt Rd. West Chicago, IL 60185 | Claim 4, Payment 6.63356% | 7100-000 | | 315.26 | 51.40 |
| 05/07/13 | 001005 | Portfolio Recovery Associates, LLC c/o Best Buy Or S&h Greenpoints POB 41067 | Claim 5, Payment 6.63388% | 7100-000 | | 51.40 | 0.00 |

Page Subtotals   5,000.00   5,000.00

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-41701 -CAD |
| Case Name: | BESLER, PATRICIA A |
| Taxpayer ID No: | *******4768 |
| For Period Ending: | 11/22/13 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9486  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Norfolk VA 23541 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 5,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******9486 | 5,000.00 | 5,000.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,000.00 | 5,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*